ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:17-cv-01967-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND RELEASE OF DEED OF TRUST** |
| RIVERWALK RANCH MASTER HOMEOWNER'S ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC; | |
| Defendants. | |

Plaintiff Bank of America, N.A. ("BANA"), SFR Investments Pool 1, LLC ("SFR"), and Riverwalk Ranch Master Homeowner's Association ("HOA") stipulate as follows:

1.     This matter relates to real property located at 6029 Sea Cliff Cove St., N. Las Vegas, Nevada 89031.

2.     Bank of America is the beneficiary of a deed of trust encumbering the property, which was recorded on April 14, 2008 as instrument number 20080414-0003854 in the official records of Clark County, Nevada.

3.     On January 24, 2013, the HOA, through its agent Alessi & Koenig, LLC, recorded a trustee's deed upon sale as instrument number 201301240002562 in the official records of Clark County, Nevada, reflecting that SFR purchased the property at the HOA's foreclosure sale on January

45436233;1

AKERMAN LLP
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

16, 2013.

4.    On July 19, 2017, BANA initiated this lawsuit against SFR and the HOA related to the effect of the HOA's foreclosure sale on its deed of trust.

5.    The parties now stipulate to dismiss all claims asserted in this action, with each party to bear its own attorneys' fees and costs.

6.    The parties further stipulate that within 45 days of dismissal of this action, BANA shall cause to be executed and recorded in the Clark County Recorder's Office a Substitution of Trustee and Full Reconveyance which reconveys all interest in the estate under the Deed of Trust, thereby removing it as an encumbrance to the Property.  BANA shall also record a release of the lis pendens recorded against the property on July 20, 2018.

Dated this 9th day of July, 2018.

**AKERMAN LLP**

/s/ Jamie K. Combs
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A.,*

Dated this 9th day of June, 2018.

**KIM GILBERT EBRON**

/s/ Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 9th day of July, 2018.

**HALL, JAFFE & CLAYTON, LLP**

/s/ Ashlie L. Surur
ASHLIE L. SURUR, ESQ.
Nevada Bar. No. 11290
7425 Peak Drive
Las Vegas, NV 89128

*Attorneys for Riverwalk Ranch Master Homeowners Association*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

Dated: July 10, 2018.

45436233;1