ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> RIVERWALK RANCH MASTER HOMEOWNER'S ASSOCIATION; AND SFR INVESTMENTS POOL 1, LLC; <br><br> Defendants. | Case No.: 2:17-cv-01967-APG-CWH <br><br> **[PROPOSED] ORDER TO RELEASE BOND** |

Presently before the court is the matter of *Bank of America, N.A. v. Riverwalk Ranch Master Homeowners Association, et al.*, case number 2:17-cv-01967-APG-CWH.

On August 14, 2017, the court ordered Plaintiff to post a security bond for $500.00 [ECF No. 15]. On August 25, 2017, Akerman LLP posted a security bond on behalf of plaintiff Bank of America, N.A., receipt number NVLAS052260 for $500.00 [ECF No. 16].

On July 10, 2018, the court granted the parties' stipulation for dismissal, closing the case [ECF No. 36]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

**IT IS SO ORDERED**.

Dated this 8th day of  September , 2020.

_____
UNITED STATES DISTRICT JUDGE

51951640;1